IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICKY E. BEENBLOSSOM, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3152 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF LINCOLN, NEBRASKA, | ) | MEMORANDUM AND ORDER |
| Unknown police officers of the | ) | |
| Lincoln Police Department, | ) | |
| Individually and in their official | ) | |
| capacity, and CITY OF OMAHA, | ) | |
| NEBRASKA, Unknown police | ) | |
| officers of the Omaha Police | ) | |
| Department, Individually and in their | ) | |
| official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

The plaintiff's complaint was filed on July 17, 2009. More than 120 days have passed, and based on the court's record, defendants City of Omaha, Nebraska, and unknown police officers of the Omaha Police Department, individually and in their official capacities, have not been served or entered an appearance.

Accordingly,

IT IS ORDERED that the plaintiff is given until December 17, 2009 to show cause why his claims against defendants City of Omaha, Nebraska, and unknown police officers of the Omaha Police Department, individually and in their official capacities, should not be dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure or for want of prosecution, in the absence of which plaintiff's claims against these defendants will be dismissed without further notice.

December 7, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge