IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICKY E. BEENBLOSSOM, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3152 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF LINCOLN, NEBRASKA, Unknown police officers of the Lincoln Police Department, Individually and in their official capacity, and CITY OF OMAHA, NEBRASKA, Unknown police officers of the Omaha Police Department, Individually and in their official capacity, | ) ) ) ) ) ) ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

The parties' Rule 26(f) report was due on January 15, 2010. It has not been filed to date. There is nothing of record indicating why the parties cannot complete and file the Rule 26(f) Report.

Accordingly,

IT IS ORDERED that the parties' Rule 26(f) Report of Parties' Planning Conference shall be filed on or before March 8, 2010, in the absence of which this case may be dismissed for want of prosecution without further notice.

DATED this 25th day of February, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge