IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICKY E. BEENBLOSSOM, | ) | 4:09CV3152 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER GRANTING WITHDRAWAL |
| | ) | OF DEFENDANTS' COUNSEL |
| CITY OF LINCOLN, NEBRASKA, Unknown police officers of the Lincoln Police Department, Individually and in their official capacity, and CITY OF OMAHA, NEBRASKA, Unknown police officers of the Omaha Police Department, Individually and in their official capacity, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

COMES NOW the Court and grants the motion to withdraw, (filing no. 16), of Richard C. Anderson as counsel for Defendants, City of Lincoln, Nebraska, and unknown police officers of the Lincoln Police Department.

DATED this 22nd of March, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
Cheryl R. Zwart
United States Magistrate Judge