IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICKY E. BEENBLOSSOM, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3152 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF LINCOLN, NEBRASKA, et. al., | ) | MEMORANDUM AND ORDER |
| | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1. The parties' Joint Motion and Stipulation for Enlargement of Time (Filing No 22) is granted.

2. The progression order is amended as follows:

   a. The discovery and deposition deadline is continued to August 30, 2010. Motions to compel discovery must be filed at least 15 days prior to the discovery and deposition deadline.

   b. The deadline for filing motions to dismiss, motions for summary judgment or motions to exclude expert testimony on *Daubert* and related grounds is continued to August 30, 2010.

3. The parties are advised that if a dispositive motion is filed after August 15, 2010, the court may continue the trial and pretrial conference on its own motion.

DATED this 7th day of July, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge