IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICKY E. BEENBLOSSOM, | ) | 4:09CV3152 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CITY OF LINCOLN, NEBRASKA; | ) | |
| Unknown Police Officers of the Lincoln | ) | |
| Police Department, individually and in their | ) | |
| official capacity; | ) | |
| CITY OF OMAHA, NEBRASKA; | ) | |
| Unknown Police Officers of the Omaha | ) | |
| Police Department, individually and in their | ) | |
| official capacity; and | ) | |
| PAUL MILONE, individually and in his | ) | |
| official capacity, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

1. Filing 29, the joint motion and stipulation filed by Plaintiff and Defendants City of Lincoln, Nebraska, and Unknown Police Officers of the Lincoln Police Department, individually and in their official capacity, is granted; accordingly, Plaintiff's action against said Defendants is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

2. The court finds there is no just reason for delay in entering final judgment pursuant to Federal Rule of Civil Procedure 54(b) because the dismissal is voluntary and is not objected to by any Defendant.

3. Judgment shall be entered by separate document.

DATED this 25th day of August, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge