IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICKY E. BEENBLOSSOM, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3152 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF OMAHA, NEBRASKA, | ) | MEMORANDUM AND ORDER |
| Unknown police officers of the Omaha Police Department, Individually and in their official capacity, and PAUL MILONE, individually and in his official capacity, | ) ) ) ) ) | |
| Defendants. | ) | |

IT IS ORDERED: The defendants' motion to continue, (filing no. 34), is granted, and

1) The defendants' motion for summary judgment as to the alleged actions or inactions of Officer Paul Malone shall be filed on or before November 5, 2010;

2) The pretrial conference is continued to February 3, 2011 at 10:00 a.m., and

   a. The pretrial conference will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on February 2, 2011.

   b. An email will be sent to counsel of record on January 31, 2011 with the instructions and codes for participating in the pretrial conference by WebEx conferencing.

3) A jury trial is set to commence in Courtroom 1, Federal Building, 100 Centennial Mall North, Lincoln, Nebraska before Judge Richard G. Kopf on February 22, 2011. No more than two days are allocated to the trial of this case and counsel shall plan accordingly. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

DATED this 21st day of October, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge