IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2011 FEB 15 AM 11: 24

OFFICE OF THE CLERK

| | | |
|---|---|---|
| RICKY E. BEENBLOSSOM, | ) | Case Number: 4:09CV3152 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CONSENT TO EXERCISE OF** |
| | ) | **JURISDICTION BY A UNITED** |
| | ) | **STATES MAGISTRATE JUDGE** |
| CITY OF OMAHA, et al., | ) | **AND** |
| | ) | **ORDER OF REFERENCE** |
| Defendants. | ) | |

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| \s\ Brett McArthur | For   Ricky E. Beenblossom | February 14, 2011 |
| \s\Thomas O. Mumgaard | For   City of Omaha & Paul Milone | February 15, 2011 |
| | For | |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable Cheryl ~~Swartz~~ Zwart, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

2/15/2011
Date

United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.